# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SIRAGUSA, CHARLES J. | U.S. DISTRICT COURT, WDNY | 05/15/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE (SENIOR) | ☐ Nomination     Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

1360 UNITED STATES COURTHOUSE
100 STATE STREET
ROCHESTER, NEW YORK 14614

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. PENSION | | NEW YORK STATE RETIREMENT SYSTEM (STARTED TO RECIEVE BENEFITS AS OF NOVEMBER 1, 2005) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 05/15/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | ATTORNEY (SELF-EMPLOYED) |
| 2. | 2016 | BROWN, GRUTTADARO, GAUJEAN & PRATO, PLLC (SALARY) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 05/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  M & T BANK | A | Interest | M | T | | | | | |
| 2.  ACCOUNT # 1 (H) | | | | | | | | | |
| 3.  ADIDAS AG (X) | | None | | | Sold | 12/20/16 | J | | |
| 4.  ADOBE SYSTEMS (ADBE) | | None | J | T | | | | | |
| 5.  AETNA INC NEW CT AET | A | Dividend | J | T | | | | | |
| 6.  AKAMAI TECHNOLOGIES | | None | J | T | | | | | |
| 7.  ALEXION PHARM INC (ALXN) (X) | | None | J | T | | | | | |
| 8.  ALIBABA GROUP HLDG LTD (Y) | | | | | | | | | |
| 9.  ALLERGAN PLC SHS (AGN) | | None | J | T | | | | | |
| 10.  ALPHABET INC CL A (GOOGL) | | None | J | T | | | | | |
| 11.  ALPHABET INC CL C (GOOG) | | None | J | T | | | | | |
| 12.  AMAZON COM INC | | None | J | T | | | | | |
| 13.  AMERICAN EXPRESS CO (AXP) (Y) | | | | | | | | | |
| 14.  ANADARKO PETROLEUM CORP. | A | Dividend | J | T | | | | | |
| 15.  ANHEUSER-BUSCH INBEV SPONS | A | Dividend | J | T | | | | | |
| 16.  APPLE INC | A | Dividend | J | T | | | | | |
| 17.  ARM HOLDINGS PLC ADS (ARMH) | A | Dividend | | | Sold | 08/12/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ARYZTA AG ZUERICH (Y) | | | | | | | | | |
| 19. ASML HLDG NV NEW YORK REG | A | Dividend | J | T | | | | | |
| 20. ASTRAZENECA PLC ADS | | None | | | Sold | 02/08/16 | J | | |
| 21. ATLAS COPCO AB SP ADR B SP ADR (ATLCY) | A | Dividend | J | T | | | | | |
| 22. AUTODESK | | None | J | T | | | | | |
| 23. AXA ADS (AXAHY) | A | Dividend | J | T | | | | | |
| 24. BARCLAYS PLC ADR (BCS) (Y) | | | | | | | | | |
| 25. BIOGEN IDEC INC. | | None | J | T | | | | | |
| 26. BLACKROCK INC. | A | Dividend | J | T | | | | | |
| 27. BRISTOL MYERS SQUIBB CO (Y) | | | | | | | | | |
| 28. BROADCOMM CORP | A | Dividend | J | T | | | | | |
| 29. CDN PACIFIC RY LTD NEW (CP) (X) | A | Dividend | J | T | | | | | |
| 30. CELGENE CORP | | None | J | T | | | | | |
| 31. CHARLES SCHWAB CORP | A | Dividend | J | T | | | | | |
| 32. CHECK POINT SOFTWARE TECH LTD | | None | J | T | | | | | |
| 33. CITRIX SYSTEMS INC | | None | J | T | | | | | |
| 34. CME GROUP INC. CLASS A (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. COCA COLA CO. | A | Dividend | J | T | | | | | |
| 36. COMCAST CORP CL A-SPL | A | Dividend | J | T | Sold (part) | 11/16/16 | J | A | |
| 37. CREE INC. (Y) | | | | | | | | | |
| 38. CVS HEALTH CORP COM (CVS) | A | Dividend | J | T | | | | | |
| 39. DENTSPLY SIRONA INC (XRAY) (X) | | None | J | T | | | | | |
| 40. DEUTSCHE BOERSE AG UNSPON ADR | A | Dividend | | | Buy | 01/15/16 | J | | |
| 41. | | | | | Sold | 12/20/16 | J | | |
| 42. DIAGEO PLC -SPONSORED ADR NEW (Y) | | | | | | | | | |
| 43. DOLBY LABORATORIES INC CLASS A | A | Dividend | J | T | | | | | |
| 44. EATON CORP (Y) | | | | | | | | | |
| 45. EBAY INC. | | None | J | T | | | | | |
| 46. ECOLAB INC (EGL) | A | Dividend | J | T | | | | | |
| 47. ESSILOR INTL SA SPONS ADR (ESLOY) (Y) | | | | | | | | | |
| 48. FACEBOOK INC CL-A | | None | J | T | | | | | |
| 49. FANUC CORPORATION UNSP ADR | | None | | | Buy | 10/26/16 | J | | |
| 50. | | | | | Sold | 12/20/16 | J | | |
| 51. FLUOR CORP NEW | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. FMC TECHNOLOGIES INC (FTI) (Y) | | | | | | | | | |
| 53. FREEPORT-MCMORAN INC (FCX) (X) | | None | J | T | | | | | |
| 54. GENERAL ELECTRIC | A | Dividend | J | T | | | | | |
| 55. HOME DEPOT | A | Dividend | J | T | | | | | |
| 56. HOYA CORP SPONS ADR | A | Dividend | J | T | | | | | |
| 57. ICON PLC SP ADR | | None | J | T | | | | | |
| 58. IMMUNOGEN INC (IMGN) (Y) | | | | | | | | | |
| 59. ING GROEP NV SPONS ADRK | A | Dividend | J | T | | | | | |
| 60. IONIS PHARMACEUTICALS (IONS) | | None | J | T | | | | | |
| 61. JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |
| 62. JOHNSON CTLS INTL PLC (JCI) (X) | | None | J | T | | | | | |
| 63. KBC GROUP NV UNSPONS ADR (KBCSY) (X) | A | Dividend | J | T | | | | | |
| 64. L 3 COMMUNICATIONS HLDGS INC. | A | Dividend | J | T | | | | | |
| 65. LIBERTY MEDIA HOLDG CORP INTERACTIVE SER A (Y) | | | | | | | | | |
| 66. LINKEDIN CORP-A (LNKD) (Y) | | | | | | | | | |
| 67. LONDON STK EXCHANGE GROUP ADR (LNSTY) | A | Dividend | | | Sold | 12/20/16 | J | | |
| 68. MEDTRONIC PLC SHS (MDT) | A | Dividend | | | Sold | 12/20/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. METTLER TOLEDO INTERNATIONAL INC. COMMON STOCK | | None | J | T | | | | | |
| 70. MICROSOFT CORP | A | Dividend | J | T | | | | | |
| 71. MITSUBISHI UFJ FINCL GRP ADS (MTU) | A | Dividend | | | Sold | 07/06/16 | J | A | |
| 72. MONSANTO CO | A | Dividend | J | T | | | | | |
| 73. NASDAQ INC COM | A | Dividend | J | T | | | | | |
| 74. NESTLE SA SPONSORED ADR REPSTG REG SH | A | Dividend | J | T | Sold (part) | 12/20/16 | J | | |
| 75. NIKE INC CLASS B (Y) | | | | | | | | | |
| 76. NOVO NORDISK A S ADR (Y) | | | | | | | | | |
| 77. NOVOZYMES A/S UNSPONS APR (NVZMY) (Y) | | | | | | | | | |
| 78. NUCOR CORP | A | Dividend | J | T | | | | | |
| 79. ONO PHARMACEUTICAL CO LTD ADR (Y) | | | | | | | | | |
| 80. ORIX CORP SPONS ADR | A | Dividend | J | T | | | | | |
| 81. PALO ALTO NETWORKS INC (PANW) (X) | | None | J | T | | | | | |
| 82. PAYPAL HLDGS INC COM (PYPL) | | None | J | T | | | | | |
| 83. RED HAT INC | | None | J | T | | | | | |
| 84. REGENERON PHARM (REGN) | | None | J | T | | | | | |
| 85. RENTOKIL GROUP PLC SP ADR (X) | A | Dividend | | | Sold | 12/20/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ROCKWELL COLLINS INC (COL) | | None | J | T | | | | | |
| 87. RYANAIR HLDGS PLC ADR | | None | J | T | | | | | |
| 88. SAFRAN SA (SAFRY) (Y) | | | | | | | | | |
| 89. SANDISK CORP | | None | | | Sold | 05/13/16 | J | B | |
| 90. SAP AG (SAP) | A | Dividend | J | T | | | | | |
| 91. SCHLUMBERGER LTD | A | Dividend | J | T | Sold (part) | 12/20/16 | J | | |
| 92. SEAGATE TECHNOLOGY | A | Dividend | J | T | | | | | |
| 93. SHIMANO INC ADR (SMNNY) (X) | A | Dividend | J | T | | | | | |
| 94. SHIRE PLC | A | Dividend | | | Sold | 11/02/16 | J | | |
| 95. SHISEIDO LTD SPON ADR (SSDOY) | A | Dividend | J | T | | | | | |
| 96. SIGNET JEWELERS LIMITED (Y) | | | | | | | | | |
| 97. SUMITOMO MITSUI FINL GROUP INC (SMFG) | | None | | | Sold | 02/08/16 | J | | |
| 98. SUNCOR ENERGY INC NEW COM (SU) | A | Dividend | J | T | | | | | |
| 99. TE CONNECTIVITY LTD NEW | A | Dividend | J | T | | | | | |
| 100. TEXAS INSTRUMENTS | A | Dividend | J | T | | | | | |
| 101. THERMO FISHER SCIENTIFIC | A | Dividend | J | T | | | | | |
| 102. TORONTO DOM BK NEW (TD) (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. TWENY-FIRST CENTURY FOX CL A (Y) | | | | | | | | | |
| 104. TWITTER INC (TWTR) (X) | | None | J | T | | | | | |
| 105. TYCO INTERNATIONAL LTD. NEW (Y) | | | | | | | | | |
| 106. UBS GROUP AG SHS | A | Dividend | J | T | | | | | |
| 107. UNITED PARCEL SERVICE CL B | A | Dividend | J | T | | | | | |
| 108. UNITEDHEALTH GROUP INC. | A | Dividend | J | T | Sold (part) | 06/20/16 | J | B | |
| 109. VERTEX PHARMACEUTICALS (Y) | | | | | | | | | |
| 110. VESTAS WIND SYSTEMS ADS (VWDRY) | A | Dividend | J | T | | | | | |
| 111. VISA INC | A | Dividend | J | T | | | | | |
| 112. VMWARE INC CLASS A (VMW) (X) | | None | J | T | | | | | |
| 113. W W GRAINGER INC (GWW) (Y) | | | | | | | | | |
| 114. WALT DISNEY CO | A | Dividend | J | T | | | | | |
| 115. WEATHERFORD INTL LTD (WFT) | | None | | | Sold | 12/20/16 | J | | |
| 116. WESTERN DIGITAL CORP (WDC) | A | Dividend | J | T | | | | | |
| 117. WOLSELEY PLC JERSEY SPNSRD ADR | A | Dividend | J | T | | | | | |
| 118. XILINX INC | A | Dividend | J | T | | | | | |
| 119. YUM BRANDS INC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. ZOETIS INC CLASS-A | A | Dividend | J | T | | | | | |
| 121. ISHARES CORE RUSSELL US GR ETF (IUSG) | | None | J | T | Buy | 12/20/16 | J | | |
| 122. ISHARES RUSSELL 1000 GRW ETF (IWF) | | None | J | T | Buy | 12/20/16 | J | | |
| 123. VANGUARD FTSE DEVELOPED MKTS E (VEA) | | None | J | T | Buy | 12/20/16 | K | | |
| 124. ACCOUNT # 2 (H) | | | | | | | | | |
| 125. BLACKROCK GLOBAL SCIENCE & TECH OPPORT PORTFOLIO CL INSTL | A | Dividend | J | T | | | | | |
| 126. BLACKROCK VALUE OPPORTUNITIES FUND INC CL INSTL | A | Dividend | J | T | | | | | |
| 127. ACCOUNT # 3 (H) | | | | | | | | | |
| 128. MORGAN STANLEY BANK, N.A. | A | Interest | J | T | | | | | |
| 129. IRA #1 (H) | | | | | | | | | |
| 130. TACTICAL DIVERSIFIED FUTURES | | None | K | T | | | | | |
| 131. IRA #2 (H) | | | | | | | | | |
| 132. GOLDMAN SACHS SM CAP VAL A (GSSMX) | A | Dividend | J | T | | | | | |
| 133. IRA #3 (H) | | | | | | | | | |
| 134. BLACKROCK VALUE OPPORTUNITIES FUND INC CL INSTL | A | Dividend | J | T | | | | | |
| 135. IRA #4 (H) | | | | | | | | | |
| 136. BLACKROCK VALUE OPPORTUNITIES FUND INC CL INSTL | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. NY's COLLEGE SAVINGS PROGRAM #1 (H) | | | | | | | | | |
| 138. DEVELOPED MARKETS INDEX PORTFOLIO | A | Int./Div. | | | Sold | 07/26/16 | L | | |
| 139. AGGRESIVE AGE BASED OPTION:MODERATE GROWTH | A | Int./Div. | | | Sold | 07/26/16 | L | | |
| 140. VALUE STOCK INDEX PORTFOLIO | | None | M | T | Buy | 07/26/16 | L | | |
| 141. | | | | | Buy (add'l) | 10/25/16 | K | | |
| 142. NY'S COLLEGE SAVINGS PROGRAM #2 (H) | | | | | | | | | |
| 143. DEVELOPED MARKETS INDEX PORTFOLIO | A | Int./Div. | | | Sold | 07/26/16 | M | | |
| 144. VALUE STOCK INDEX PORTFOLIO | | None | M | T | Buy | 07/26/16 | M | | |
| 145. | | | | | Buy (add'l) | 10/25/16 | K | | |
| 146. DEFERRED COMPENSATION (H) | | | | | | | | | |
| 147. FIDELITY LARGE CAP STOCK FUND | | None | J | T | | | | | |
| 148. VT FIDELITY CONTRAFUND | | None | J | T | | | | | |
| 149. DODGE AND COX INTL STOCK (Y) | | | | | | | | | |
| 150. LAZARD INTERNATIONAL STRATEGIC EQUITY (X) | | None | J | T | | | | | |
| 151. IRA #5 (H) | | | | | | | | | |
| 152. MORGAN STANLEY BANK, N. A. (Y) | | | | | | | | | |
| 153. GAMCO GLOBAL GOLD NATURAL RESO (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. ISHARES SILVER TRUST EQUITY | | None | J | T | | | | | |
| 155. SPDR GOLD TR GOLD | | None | J | T | | | | | |
| 156. VANECK VECTORS GOLD MINERS E (GDX) | A | Dividend | J | T | | | | | |
| 157. BLACKROCK GLOBAL ALLOCATION | A | Dividend | K | T | | | | | |
| 158. COHEN & STEERS INTL REALTY FUND A | A | Dividend | J | T | | | | | |
| 159. COHEN & STEERS INTL REALTY FD C | A | Dividend | K | T | | | | | |
| 160. GOLDMAN SACHS SM CAP VAL A | A | Dividend | J | T | | | | | |
| 161. LOCORR MARKET TREND A (LOTAX) | A | Dividend | K | T | Buy | 09/26/16 | K | | |
| 162. ACCOUNT # 4 (H) | | | | | | | | | |
| 163. MORGAN STANLEY BANK, N.A. | A | Interest | J | T | | | | | |
| 164. ACCENTURE PLC IRELAND CL A (ACN) (X) | A | Dividend | J | T | | | | | |
| 165. ADECCO SA UNSPON ADR | A | Dividend | J | T | | | | | |
| 166. ADOBE SYSTEMS (ADBE) | | None | J | T | | | | | |
| 167. ADT CORPORATION COM (ADT) | A | Dividend | | | Sold | 02/16/16 | J | A | |
| 168. AES CORP (AES) | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 169. AETNA INC (NEW)(CT) (AET) | A | Dividend | J | T | | | | | |
| 170. ALLIED WORLD ASSURANCE CO HLDGS (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. AKAMAI TECHNOLOGIES | | None | J | T | | | | | |
| 172. AKZO NOBEL | A | Dividend | J | T | | | | | |
| 173. ALASKA AIR GROUP INCORPORATED (ALK) (X) | A | Dividend | J | T | | | | | |
| 174. ALLERGAN PLC SHS | | None | J | T | Buy (add'l) | 08/17/16 | J | | |
| 175. | | | | | Buy (add'l) | 11/01/16 | J | | |
| 176. | | | | | Sold (part) | 12/20/16 | J | | |
| 177. ALLIED WORLD ASSUR CO HLDG LTD (AWH) (X) | A | Dividend | J | T | | | | | |
| 178. ALLISON TRANSMN HLDGS INC | A | Dividend | J | T | | | | | |
| 179. ALPHABET INC CL A (GOOGL) | | None | J | T | | | | | |
| 180. ALPHABET INC CL C (GOOG) | | None | J | T | | | | | |
| 181. AMAZON | | None | J | T | | | | | |
| 182. AMC NETWORKS INC CL A (Y) | | | | | | | | | |
| 183. AMERICAN EXPRESS CO (AXP) | A | Dividend | | | Sold | 12/20/16 | J | | |
| 184. AMERICAN HOMES 4 RENT (AMH) | A | Dividend | J | T | | | | | |
| 185. AMERIPRISE FINCL INC (AMP) (X) | | None | J | T | | | | | |
| 186. ANADARKO PETROLEUM CORP | A | Dividend | J | T | Buy (add'l) | 01/11/16 | J | | |
| 187. ANHEUSER-BUSCH | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. AP MOLLAR-MAERSK A/S ADR (AMKBY) | A | Dividend | J | T | Buy | 03/02/16 | J | | |
| 189. APACHE CORP (APA) | A | Dividend | J | T | | | | | |
| 190. APPLE INC | A | Dividend | J | T | | | | | |
| 191. APPLIED MATERIALS INC DELWARE | A | Dividend | J | T | Sold (part) | 08/22/16 | J | | |
| 192. AUTODESK INC. | | None | J | T | | | | | |
| 193. AVIVA PLC ADR (Y) | | | | | | | | | |
| 194. AXA S.A. SPONS ADR | A | Dividend | J | T | | | | | |
| 195. AXIS CAPITAL HOLDINGS LTD | A | Dividend | J | T | | | | | |
| 196. BANCO SANTANDER S.A. (SAN) | A | Dividend | J | T | Buy | 05/05/16 | J | | |
| 197. BARCLAYS PLC (Y) | | | | | | | | | |
| 198. BASF SE SP ADR (BASFY) (X) | | None | J | T | | | | | |
| 199. BAYER AG SPONSORED ADR | A | Dividend | J | T | | | | | |
| 200. BIOGEN IDEC INC | | None | J | T | Sold (part) | 12/20/16 | J | | |
| 201. BLACKROCK INC. | A | Dividend | J | T | Sold (part) | 10/07/16 | J | | |
| 202. BNP PARIBAS SP ADR REPSTG (Y) (BNPQY) (Y) | | | | | | | | | |
| 203. BOEING CO. | A | Dividend | J | T | | | | | |
| 204. BP PLC ADS (BP) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. BRISTOL MYERS SQUIBB CO | A | Dividend | J | T | Buy (add'l) | 11/30/16 | J | | |
| 206. BROADCOM CORP CL A | A | Dividend | J | T | Sold (part) | 03/21/16 | J | | |
| 207. CALPINE CORP NEW (CPN) | | None | | | Sold | 12/20/16 | J | | |
| 208. CARNIVAL CP NEW PAIRED COM | A | Dividend | J | T | | | | | |
| 209. CARNIVAL PLC ADR | A | Dividend | | | Sold | 05/05/16 | J | | |
| 210. CBS CORP NEW CL B SHRS (CBS) (X) | A | Dividend | J | T | | | | | |
| 211. CELGENE CORP | | None | J | T | | | | | |
| 212. CEMEX SAB DE CV (CX) (X) | | None | J | T | | | | | |
| 213. CHARLES SCHWAB CORP | A | Dividend | J | T | | | | | |
| 214. CISCO SYS INC | A | Dividend | J | T | | | | | |
| 215. CITIGROUP INC NEW | A | Dividend | J | T | | | | | |
| 216. CITRIX SYSTEMS INC | | None | J | T | | | | | |
| 217. CME GROUP INC CLASS A (Y) | | | | | | | | | |
| 218. CME GROUP INC (CME) | A | Dividend | | | Sold | 02/10/16 | J | | |
| 219. COCA-COLA CO. | A | Dividend | J | T | | | | | |
| 220. COMCAST CORP CL A | A | Dividend | J | T | | | | | |
| 221. CREE RESEARCH INC (CREE) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. CVS HEALTH CORP COM (CVS) | A | Dividend | J | T | | | | | |
| 223. DENTSPLY SIRONA INC (XRAY) (X) | | None | J | T | | | | | |
| 224. DEUTSCHE TELEKOM AG 1 ORD 1ADS (DTEGY) | A | Dividend | | | Sold | 12/20/16 | J | | |
| 225. DEVON ENERGY CORP NEW (DVN) | A | Dividend | J | T | Sold (part) | 12/20/16 | J | | |
| 226. DIAGEO PLC SPON ADR NEW (DEO) (Y) | | | | | | | | | |
| 227. DISCOVER FINCL SVCS (DFS) | A | Dividend | J | T | | | | | |
| 228. DOLBY LABORATORIES INC CLASS A | A | Dividend | J | T | | | | | |
| 229. DU PONT EI DE NEMOURS & CO | A | Dividend | J | T | | | | | |
| 230. EATON CORP (Y) | | | | | | | | | |
| 231. EBAY INC. | | None | J | T | | | | | |
| 232. ECOLAB INC (ECL) | A | Dividend | J | T | | | | | |
| 233. ERICSSON LM TEL CO CL B ADR NEW | A | Dividend | | | Sold | 06/15/16 | J | | |
| 234. EXELON CORP (EXC) (X) | | None | J | T | | | | | |
| 235. FACEBOOK INC | | None | J | T | | | | | |
| 236. FIRST REPUBLIC BANK | A | Dividend | | | Sold | 06/15/16 | J | | |
| 237. FLUOR CORP NEW | A | Dividend | J | T | | | | | |
| 238. FRANKLIN RESOURCES (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. FREEPORT-MCMORAN INC (FCX) | | None | J | T | Buy | 01/11/16 | J | | |
| 240. GATX CORP (GATX) | | None | J | T | Buy | 09/01/16 | J | | |
| 241. GENERAL ELECTRIC CO | A | Dividend | J | T | | | | | |
| 242. GENTEX CORP (GNTX) | A | Dividend | J | T | | | | | |
| 243. GLAXOSMITHKLINE PLC SP ADR (Y) | | | | | | | | | |
| 244. HALLIBURTON CO HOLDINGS CO | A | Dividend | J | T | | | | | |
| 245. HEIDELBERG CEMENT ADR (HDELY) (X) | A | Dividend | J | T | | | | | |
| 246. HESS CORP | A | Dividend | | | Sold (part) | 06/24/16 | J | | |
| 247. | | | | | Sold | 06/27/16 | J | | |
| 248. HOME DEPOT INC. | A | Dividend | J | T | Sold (part) | 01/13/16 | J | | |
| 249. | | | | | Sold (part) | 01/20/16 | J | | |
| 250. HONDA MOTOR COMPANY LTD ADR (HMC) | A | Dividend | J | T | Sold (part) | 12/20/16 | J | | |
| 251. HONEYWELL INTL INC | A | Dividend | J | T | Sold (part) | 04/25/16 | J | A | |
| 252. HOYA CORP | A | Dividend | J | T | Sold (part) | 05/06/16 | J | | |
| 253. IMMUNOGEN INC (IMGN) (Y) | | | | | | | | | |
| 254. INDRA SISTEMAS SA FGN ORD ADR (ISMAY) (X) | | None | J | T | | | | | |
| 255. INCITEC PIVOT LIMITED ADR (INCZY) | A | Dividend | | | Sold | 12/20/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  INVESCO LTD (IVZ) (X) | A | Dividend | J | T | | | | | |
| 257.  IONIS PHARMACEUTICALS (IONS) | | None | J | T | | | | | |
| 258.  ITAU UNIBANCO MULTIPLE ADR (ITUB) (X) | A | Dividend | J | T | | | | | |
| 259.  JAPAN AIRLS LTD ADR (JAPSY) (Y) | | | | | | | | | |
| 260.  JP MORGAN CHASE & CO | A | Dividend | | | Sold (part) | 07/12/16 | J | | |
| 261. | | | | | Sold | 07/13/16 | J | | |
| 262.  JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |
| 263.  JOHNSON CTLS INTL PLC (JCI) (X) | A | Dividend | J | T | | | | | |
| 264.  JONES LANG LASALLE INC. | A | Dividend | J | T | | | | | |
| 265.  KEYCORP - NEW | A | Dividend | J | T | | | | | |
| 266.  KLA-TENCOR CORP | A | Dividend | J | T | | | | | |
| 267.  L 3 COMMUNICATIONS HLDGS INC. | A | Dividend | J | T | | | | | |
| 268.  LIBERTY INTERACTIVE CORP QVC A (QVCA) | | None | J | T | | | | | |
| 269.  LIBERTY MEDIA CORP SER C (LMCK) (Y) | | | | | | | | | |
| 270.  LINKEDIN CORP-A (LNKD) (Y) | | | | | | | | | |
| 271.  MARINE HARVEST ASA ADR | A | Dividend | J | T | | | | | |
| 272.  MEDTRONIC PLC SHS (MDT) | A | Dividend | | | Sold | 12/20/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. MERCK & CO INC. | A | Dividend | J | T | | | | | |
| 274. METLIFE INCORPORATED (MET) | A | Dividend | J | T | Buy | 04/25/16 | J | | |
| 275. MGIC INVT CORP (MTG) | | None | J | T | Buy | 08/31/16 | J | | |
| 276. MICROSOFT | A | Dividend | J | T | Sold (part) | 07/26/16 | J | A | |
| 277. | | | | | Sold (part) | 11/15/16 | J | | |
| 278. MONSANTO CO | A | Dividend | J | T | | | | | |
| 279. MURPHY USA INC COM (MUSA) | | None | J | T | | | | | |
| 280. MYLAN N V (MYL) | | None | J | T | Buy | 12/02/16 | J | | |
| 281. NASDAQ OMX GROUP INC. | A | Dividend | J | T | | | | | |
| 282. NESTLE SPON ADR REP REG SHR (NSRGY) | A | Dividend | | | Sold | 05/05/16 | J | | |
| 283. NIKE INC CL B (Y) | | | | | | | | | |
| 284. NOVARTIS AG ADER | A | Dividend | J | T | Buy (add'l) | 05/09/16 | J | | |
| 285. | | | | | Sold (part) | 12/20/16 | J | | |
| 286. NUCOR CORP | A | Dividend | J | T | Sold (part) | 11/15/16 | J | | |
| 287. NXP SEMICONDUCTORS NV (NXPI) (X) | | None | J | T | | | | | |
| 288. OCCIDENTAL PETROLEUM CORP DE | A | Dividend | | | Sold | 08/17/16 | J | A | |
| 289. ONEMAIN HLDGS INC (OMF) | | None | | | Sold | 12/20/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. ORACLE CORP (ORCL) | A | Dividend | | | Sold | 12/20/16 | J | | |
| 291. OTSUKA HOLDINGS CO LTD UNS ADR | A | Dividend | | | Sold | 06/08/16 | J | | |
| 292. PALO ALTO NETWORKS INC (PANW) (X) | | None | J | T | | | | | |
| 293. PAYPAL HLDGS INC COM (PYPL) | | None | J | T | | | | | |
| 294. PEBBLEBROOK HOTEL TRUST | A | Dividend | J | T | | | | | |
| 295. PENTAIR PLC (PNR) (X) | A | Dividend | J | T | | | | | |
| 296. PJSC GAZPROM SPON ADR (OGZPY) (X) | A | Dividend | J | T | | | | | |
| 297. POSCO ADS (PKX) | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 298. PULTE GROUP INC (PHM) | A | Dividend | J | T | | | | | |
| 299. RAYTHEON CO | A | Dividend | J | T | | | | | |
| 300. REALOGY HOLDINGS CORP (RLGY) | A | Dividend | J | T | Buy | 10/20/16 | J | | |
| 301. | | | | | Sold (part) | 12/20/16 | J | | |
| 302. RED HAT INC | | None | J | T | | | | | |
| 303. REGENERON PHARM (REGN) (Y) | | | | | | | | | |
| 304. REGIONS FINANCIAL CORP | A | Dividend | J | T | Sold (part) | 11/16/16 | J | | |
| 305. RIO TINTO PLC SPON ADR (RIO) | A | Dividend | J | T | Buy | 05/05/16 | J | | |
| 306. ROCKWELL COLLINS INC (COL) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. ROYAL BK SCOTLAND GROUP SP ADR (RBS) | | None | J | T | Buy | 12/22/16 | J | | |
| 308. ROYAL DUTCH SHELL PLC (RDS'A) | A | Dividend | J | T | Buy | 05/16/16 | J | | |
| 309. | | | | | Sold (part) | 12/20/16 | J | | |
| 310. ROYAL KPN NV SPONS ADR (KKPNY) (Y) | | | | | | | | | |
| 311. SAFRAN SA | A | Dividend | J | T | | | | | |
| 312. SANDISK CORP (Y) | | | | | | | | | |
| 313. SCHLUMBERGER LTD | A | Dividend | J | T | | | | | |
| 314. SEAGATE TECHNOLOGY | A | Dividend | J | T | | | | | |
| 315. SERVICE CORP INTL (SCI) | A | Dividend | J | T | | | | | |
| 316. SONY CORP ADR 1974 NEW | A | Dividend | J | T | | | | | |
| 317. STANLEY BLACK & DECKER INC | A | Dividend | J | T | | | | | |
| 318. STERICYCLE INC (SRCL) (X) | | None | J | T | | | | | |
| 319. SUMITOMO MITSUI FINL GROUP INC (SMFG) | A | Dividend | J | T | | | | | |
| 320. SUNCOR ENERGY INC (SU) (X) | A | Dividend | J | T | | | | | |
| 321. SYMANTEC CORP | A | Dividend | J | T | | | | | |
| 322. SYNCHRONY FINANCIAL | A | Dividend | J | T | Buy (add'l) | 04/25/16 | J | | |
| 323. TDK CP ADR NEW (TTDKY) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| SIRAGUSA, CHARLES J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  TE CONNECTIVITY LTD-CHF | A | Dividend | J | T | | | | | |
| 325.  TELEPERFORMANCE SA UNSP ADR | A | Dividend | J | T | | | | | |
| 326.  TERADYNE INC | A | Dividend | J | T | | | | | |
| 327.  TEVA PHARMACEUTICAL INDS LTD | A | Dividend | | | Sold (part) | 05/09/16 | J | | |
| 328. | | | | | Sold | 08/17/16 | J | | |
| 329.  TEXAS INSTRUMENTS INC. | A | Dividend | J | T | | | | | |
| 330.  THE MOSAIC CO (HLDG CO) NEW (MOS) (X) | A | Dividend | J | T | | | | | |
| 331.  THERMO FISHER SCIENTIFIC | A | Dividend | J | T | | | | | |
| 332.  TOTAL S A SPON ADR (TOT) (Y) | | | | | | | | | |
| 333.  TYCO INTL LTD (Y) | | | | | | | | | |
| 334.  TWENTY-FIRST CENTURY FOX CL A (Y) | | | | | | | | | |
| 335.  TWITTER INC (TWTR) (Y) | | | | | | | | | |
| 336.  UBS GROUP AG SHS | A | Dividend | J | T | | | | | |
| 337.  US BANCORP (Y) | | | | | | | | | |
| 338.  UNILEVER PLC (NEW) ADS (UL) (X) | | None | J | T | | | | | |
| 339.  UNITED NATURAL FOODS INC (UNFI) (X) | | None | J | T | | | | | |
| 340.  UNITED PARCEL SERVICE | A | Dividend | J | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. UNITED RENTALS INC (URI) | | None | J | T | | | | | |
| 342. UNITEDHEALTH GROUP INC. | A | Dividend | J | T | Sold (part) | 06/20/16 | J | A | |
| 343. VEECO INSTRUMENTS INC DEL (VECO) (X) | | None | J | T | | | | | |
| 344. VERTEX PHARMACEUTICALS (Y) | | | | | | | | | |
| 345. VISA INC COM | A | Dividend | J | T | | | | | |
| 346. W W GRAINGER INC (Y) | | | | | | | | | |
| 347. WALT DISNEY CO. | A | Dividend | J | T | | | | | |
| 348. WEATHERFORD INTL LTD (WFT) | | None | | | Buy (add'l) | 01/11/16 | J | | |
| 349. | | | | | Sold | 12/20/16 | J | | |
| 350. WELLS FARGO & CO NEW (WFC) | A | Dividend | J | T | Buy | 10/10/16 | J | | |
| 351. | | | | | Buy (add'l) | 10/11/16 | J | | |
| 352. | | | | | Buy (add'l) | 10/12/16 | J | | |
| 353. WESTERN DIGITAL CORPORATION (WDC) | A | Dividend | J | T | | | | | |
| 354. WEYERHAEUSER CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 355. WIENERBERGER AG SPON ADR (WBRBY) | A | Dividend | J | T | | | | | |
| 356. WPP PLC ADR | A | Dividend | | | Sold | 05/05/16 | J | A | |
| 357. XILINX INC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. YAHOO INC | | None | | | Sold | 10/11/16 | J | | |
| 359. YUM BRANDS INC (Y) | | | | | | | | | |
| 360. ZOETIS INC CLASS A | A | Dividend | J | T | | | | | |
| 361. ISHARES CORE RUSSELL US GR ETF (IUSG) | A | Dividend | J | T | Buy | 12/20/16 | J | | |
| 362. ISHARES CORE RUSSELL US VA ETF (IUSV) | A | Dividend | J | T | Buy (add'l) | 12/20/16 | J | | |
| 363. ISHARES RUSSELL 1000 GRW ETF (IWF) | A | Dividend | J | T | Buy | 12/20/16 | J | | |
| 364. VANGUARD FTSE DEVELOPED MKTS E | A | Dividend | K | T | Sold (part) | 01/11/16 | J | | |
| 365. | | | | | Buy (add'l) | 12/20/16 | K | | |
| 366. TRIBOROUGH BRIDGE TUNNEL NY AU MTA BRDG TUNNEL GEN REV REF ( ) | A | Interest | K | T | | | | | |
| 367. ONONDAGA CNTY N Y TR CULTURAL RES REV ( ) | A | Interest | K | T | | | | | |
| 368. NEW YORK ST DORM AUTH 3RD GENL ( ) | A | Interest | K | T | | | | | |
| 369. EMPIRE ST NEW YORK DEV CORP ( ) | A | Interest | J | T | | | | | |
| 370. ROCHESTER NY GENL OBLIG SER-I ( ) | A | Dividend | J | T | | | | | |
| 371. NEW YORK ST DORM AUTH REVS ST SUPPORTED DEBT REV ( ) | A | Interest | K | T | | | | | |
| 372. SYRACUSE N Y PUB IMPT GENL OBLIG REF-A ( ) | A | Interest | K | T | | | | | |
| 373. SUFFOLK CNTY NY GENL OBLIG REF SER-B ( ) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 374. NEW YORK & NEW JERSEY PORT AUTH SER-179 ( | A | Interest | K | T | | | | | |
| 375. NEW YORK CITY MUN WTR AU WTR & SWR ( (Y) | | | | | | | | | |
| 376. WESTERN NASSAU CNTY N Y WTR AUTH WTR SYS REV-B ( | A | Interest | J | T | | | | | |
| 377. ERIE CNTY NY FISCAL STABILITY AUTH ( | A | Interest | K | T | | | | | |
| 378. NEW YORK N Y CITY TRANSITIONAL FIN AUTH REV-E ( (Y) | | | | | | | | | |
| 379. METROPOLITAN TRANSPORTATION AUTHORITY REV-E ( | A | Interest | K | T | | | | | |
| 380. NEW YORK N Y TRANSITIONAL FIN AUTH ( (Y) | | | | | | | | | |
| 381. NEW YORK ST ENVIR FACS CORP CLEAN WTR ( (Y) | | | | | | | | | |
| 382. NEW YORK ST THRUWAY AUTH GEN REV JR ( | A | Interest | K | T | | | | | |
| 383. METROPOLITAN TRANSN AUTH N Y DEDICATED T ( | | None | J | T | Buy | 09/07/16 | J | | |
| 384. BUFFALO NY GENL OBLIG REF-A ( | | None | J | T | Buy | 04/14/16 | J | | |
| 385. ROCKLAND CNTY NY GENL OBLIG REF ( | A | Interest | J | T | Buy | 04/21/16 | J | | |
| 386. NEW YORK ST DORM AUTH REVS NON ST SUPPORTED DEBT REV-B ( | A | Interest | K | T | Buy | 06/03/16 | K | | |
| 387. NEW YORK N Y CITY TR CULTURAL RES REV-A ( | | None | K | T | Buy | 11/18/16 | K | | |
| 388. ACCOUNT # 5 (H) | | | | | | | | | |
| 389. SMITH BARNEY MONEY MARKET (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 390. MIAMI-DADE CNTY FLA SCH DIST RFDG FSA (Y) | | | | | | | | | |
| 391. ALLEGHENY CNTY PA HOSP DEV AUTH REV UNIV PITTSBURGH MED (Y) | | | | | | | | | |
| 392. MORGAN STANLEY BANK, N.A. | A | Interest | M | T | | | | | |
| 393. DELAWARE LIFE NY SUN UL PROTECTOR (whole life) | | None | M | T | | | | | |
| 394. IRA # 6 (H) | | | | | | | | | |
| 395. MORGAN STANLEY BANK N.A. | A | Interest | K | T | | | | | |
| 396. AQR MANAGED FUTURES STATEGY 1 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII, LINE 10: SYMBOL UPDATE ONLY

PART VII, LINE 11: SYMBOL UPDATE ONLY

PART VII, LINE 23: FORMERLY AXA UAP SPONS ADR

PART VII, LINE 73: FORMERLY NASDAQ OMX GROUP INC.

PART VII, LINE 90: FORMERLY SAP SPONS ADR-USD

PART VII, LINE 132: FORMERLY GOLDMAN SACHS SMALL VALUE FUND CLASS B

PART VII, LINE 156: FORMERLY MARKET VECTORS GOLD MINERS

PART VII, LINE 160: FORMERLY GOLDMAN SACHS SMALL VALUE FUND CLASS B COMMON STOCK

PART VII, LINE 179: SYMBOL UPDATE ONLY

PART VII, LINE 180: SYMBOL UPDATE ONLY

PART VII, LINE 220: FORMERLY COMCAST CORP CL A STOCK

PART VII, LINE 268: FORMERLY LIBERTY INTERACTIVE CO INTER A

PART VII, LINE 336: FORMERLY UBS AG

PART VII, LINE 362: FORMERLY ISHARES CORE US VALUE ETF

PART VII, LINE 366: REISSUE OF TRIBOROUGH BRDG (8960298H1)

PART VII, LINE 388: BASED UPON BROKERAGE COMPANY MERGERS, BOTH ACCOUNTS #5 ARE NOW REPORTED UNDER A SINGLE HEADER.

PART VII, LINE 393: FORMERLY DELAWARE LIFE

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CHARLES J. SIRAGUSA**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544